UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

11-cr-60024-JEM
26 U.S.C. § 7206(1)

FILED BY _____ D.C.

2011 FEB -8  AM 9: 29

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES OF AMERICA

vs.

ALAN M. BERKUN,

        Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

### COUNT ONE
(26 U.S.C. § 7206(1))

On or about April 15, 2005, in Broward County, in the Southern District of Florida, the defendant,

**ALAN M. BERKUN,**

a resident of Deerfield Beach, Florida, willfully made and subscribed an IRS Form 1040, U.S. Individual Income Tax Return, for the tax year 2004, which was verified by a written declaration that it was made under the penalties of perjury and which **ALAN M. BERKUN** did not believe to be true and correct as to every material matter. That Form 1040, which was filed with the Director, Internal Revenue Service Center in Atlanta, Georgia, reported total income on line 22 in the amount of

$15,698, whereas, as Berkun then and there knew and believed, the true and correct amount exceeded the reported amount.

In violation of Title 26, United States Code, Section 7206(1).

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
JEFFREY A. NEIMAN
ASSISTANT UNITED STATES ATTORNEY

By: _____
MATTHEW J. MUELLER
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
TAX DIVISION

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | |
| Alan M. Berkun, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **Defendant.** _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

| | | | |
|---|---|---|---|
| New Defendant(s) | | Yes ___ | No ___ |
| Number of New Defendants | ___ | | |
| Total number of counts | ___ | | |

___ Miami   ___ Key West
_X_ FTL     ___ WPB      ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    __No__
   List language and/or dialect   _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                    (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I   | 0 to 5 days    | _X_ | Petty    | ___ |
   | II  | 6 to 10 days   | ___ | Minor    | ___ |
   | III | 11 to 20 days  | ___ | Misdem.  | ___ |
   | IV  | 21 to 60 days  | ___ | Felony   | _X_ |
   | V   | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)  __
   If yes
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)   __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes    _X_ No

8. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?    ___ Yes    _X_ No

_____
Jeffrey A. Neiman
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 544469

*Penalty Sheet(s) attached                                            REV.4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: <u>Alan M. Berkun</u>       Case No: _____

Count #1:
Fraud and False Statements; in violation of Title 26, United States Code, Sections 7206(1

*Max. Penalty: 3 years' imprisonment; 1 year supervised release; $250,000 fine.


Count #:
_____

*Max. Penalty:
_____


Count #:
_____

*Max. Penalty:
_____


Count #:
_____

*Max. Penalty:
_____


Count #:
_____

*Max. Penalty:
_____


*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.